# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.S. and R.S., Individually and on Behalf of J.S., a minor | : | CIVIL ACTION |
| v. | : | |
| LOWER MERION SCHOOL DISTRICT, | : | NO. 22-3478 |

## ORDER

**NOW**, this 6th day of March, 2023, upon consideration of the Plaintiffs' Motion for Judgment on the Administrative Record (Doc. No. 15), the Defendant Lower Merion School District's Motion for Summary Judgment on the Administrative Record (Doc. No. 14), and the parties' respective responses and replies, it is **ORDERED** as follows:

1. The plaintiffs' motion is **DENIED**;

2. The defendant's motion is **GRANTED**;

3. The hearing officer's decision is **AFFIRMED**; and

4. **JUDGMENT** is entered in favor of defendant Lower Merion School District and against R.S. and R.S., individually and on behalf of J.S., a minor.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.