# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **R.S. and R.S., Individually and on Behalf of J.S., a minor** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LOWER MERION SCHOOL DISTRICT** | : | **NO. 22-3478** |

## ORDER

**NOW,** this 6th day of March, 2024, upon consideration of Plaintiffs' Motion for Attorneys' Fees (Doc. No. 33), the defendant's response, the plaintiffs' reply, and the defendant's sur-reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the plaintiffs are **AWARDED** attorneys' fees in the amount of $147,504.90 and costs in the amount of $402.00, for a total award of $147,906.90.

_____
TIMOTHY J. SAVAGE, J.